# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-11857

Alexander Cordero

v.

United States of America

## CLERK'S CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 12/10/04.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on December 29, 2004.

Tony Anastas, Clerk of Court

By: *[signature]*

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 12/29/04 .

*[signature]*

Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-11857-WGY

Cordero v. United States of America
Assigned to: Chief Judge William G. Young
Cause: 28:2255 Motion to Vacate / Correct Illegal Sentenc

Date Filed: 08/23/2004
Jury Demand: None
Nature of Suit: 510 Prisoner: Vacate Sentence
Jurisdiction: U.S. Government Defendant

**Petitioner**
-----------------------

**Alexander Cordero**         represented by  **Alexander Cordero**
                                              05119-070
                                              PMB -2000
                                              Talladega, AL 35160
                                              PRO SE

V.

**Respondent**
-----------------------

**United States of America**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/23/2004 | 1 | MOTION to Vacate, Set Aside or Correct Sentence (2255), filed by Alexander Cordero.(Bell, Marie) (Entered: 09/01/2004) |
|  |  |  |

| | | |
|---|---|---|
| 08/23/2004 | 2 | MEMORANDUM in Support re 1 Motion to Vacate/Set Aside/Correct Sentence (2255). (Bell, Marie) (Entered: 09/01/2004) |
| 09/29/2004 | | Judge William G. Young : ELECTRONIC ORDER entered re 1 Motion to Vacate/Set Aside/Correct Sentence (2255) filed by Alexander Cordero. THIS PETITION IS DISMISSED SUA SPONTE: 1. BLAKELY v. WASHINGTON, EVEN IF IT WERE TO APPLY TO THE U.S.S.G. IS NOT RETROACTIVE. IT WAS PETITIONER'S OBLIGATION TO RAISE THIS ISSUE ON DIRECT APPEAL AND HE HAS NOT DONE SO. 2. THE ALLEGATIONS OF INEFFECTIVE ASSISTANCE OF COUNSEL ARE FRIVOLOUS AS THE PLEA COLLOQUY AND SENTENCING HEARING WERE THOROUGH AND ACCURATE. 3. A COA WILL ISSUE ON THE BLAKELY ISSUE DUE TO ITS UNSETTLED NATURE. cc/cl.(Bell, Marie) (Entered: 10/05/2004) |
| 10/05/2004 | | Civil Case Terminated. (Bell, Marie) (Entered: 10/05/2004) |
| 11/12/2004 | 3 | MOTION Requesting Issuance for Certificate of Appealability by Alexander Cordero.(Bell, Marie) (Entered: 11/15/2004) |
| 11/15/2004 | | Judge William G. Young : ELECTRONIC ORDER entered granting 3 Motion for Certificate of Appealability. cc/cl. (Bell, Marie) (Entered: 11/16/2004) |
| 12/10/2004 | 4 | NOTICE OF APPEAL as to 9/29/04 ELECTRONIC Order Dismissing Motion 2255, by Alexander Cordero. NOTICE TO COUNSEL: A |





| | | |
|---|---|---|
| | | Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 12/30/2004. cc/cl. (received for docketing 12/21/04)(Bell, Marie) (Entered: 12/21/2004) |
| 12/10/2004 | 5 | EXHIBITS re 4 Notice of Appeal, by Alexander Cordero. (Bell, Marie) (Entered: 12/21/2004) |