IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 JAN 18 P 3: 25

U.S. DISTRICT COURT
DISTRICT OF MASS

ALEXANDER CORDERO,

   Petitioner-Appellant,

vs.

UNITED STATES OF AMERICA

   Respondent-Appellee

CRIMINAL ACTION
NO.: 1:01-CR-10469-017-WGY

APPEAL ACTION
NO.: 05-1020

### REQUEST FOR LEAVE TO PROCEED IN FORMA PAUPERIS

COMES NOW, ALEXANDER CORDERO, Petitioner pro se and respectfully petitions this honorable court for leave to proceed IN FORMA PAUPERIS, in the above styled Court of Appeals action, because he is indigent and can not afford to pay the docket and filing fee, which is required by the Court of Appeals.

**WHEREFORE**, Mr. Cordero prays that this Honorable Court will **GRANT** him leave to proceed in FORMA PAUPERIS.

This 11th day of January, 2005.

Respectfully submitted,

*/s/ Alexander Cordero*

Alexander Cordero
05119-070
Fedral Prison Camp
PMB 2000
Talladega, AL 35160
Petitioner pro se

CERTIFICATE OF SERVICE

I certify that I have on this day mailed a copy of the foregoing motion to the following party:

>Heidi E. Brieger
>AUSA
>U.S. District Courthouse
>1 Courthouse Way
>Suite 2300
>Boston, Massachusetts, 02210

This 11th day of January, 2005.

signed,

_[signature]_