IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ALEXANDER CORDERO,  )
    Petitioner-Appellant,  )
                                    )
            vs.  )    CRIMINAL ACTION
                                    )    NO.: 1:01-CR-10469-017-WGY
UNITED STATES OF AMERICA  )    APPEAL ACTION
    Respondent-Appellee  )    NO.: 05-1020
                                    )
                                    )

[handwritten: 04cv11857-WGY]

## MOTION FOR APPOINTMENT OF COUNSEL

COMES NOW, ALEXANDER CORDERO, a pro se Defendant and respectfully petitions this Honorable court, under the CRIMINAL JUSTICE ACT(CJA), pursuant to 18 U.S.C.A. §3006A, to appoint him counsel to represent him in the above styled appeal case. In support of this request Defendant points out that this court appointed Ms. Darla J. Mondou to his criminal case and that Attorney Mondou has agreed to defend him in this appeal case, under this court's direction. Attorney Mondou can be reached at:

        Ms. Darla J. Mondou
        Attorney and Counsel at Law
        P.O. Box 204
        Upton, MA 01568
        (508) 234-8189 ofc phone
        (707) 276-1158 fax

**WHEREFORE**, Mr. Cordero prays that this Honorable court will either appoint Attorney Mondou to his appeal case or some other attorney, thereby **GRANTING** this motion.

This 11th day of January, 2005.

                                                  Respectfully submitted,

                                                  */s/ Alexander Cordero*

                                                  Alexander Cordero
                                                  05119-070
                                                  FEDERAL PRISON CAMP
                                                  PMB 2000
                                                  Talladega, AL 35160
                                                  Petitioner pro se


## CERTIFICATE OF SERVICE

I hereby certify that I have on this day mailed a copy of the forgoing motion to the following party:

                    Heidi E. Brieger
                    AUSA
                    U.S. Courthouse
                    1 Courthouse Way
                    Suite 2300
                    Boston, Massachusetts 02210

This 11th day of January, 2005.

                                                        signed

                                                  _____
                                                  *Alexander Cordero*