No. 01-10469

IN THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,
        Plaintiff-Appellee

v.

ALEXANDER CORDERO,
        Defendant-Appellant

---

NOTICE OF APPEARANCE OF COUNSEL

I, Darla J. Mondou, hereby make known that I represent Alexander Cordero in the above matter relative to the forfeiture proceedings pending before this Court.

RESPECTFULLY SUBMITTED

*Darla J. Mondou*

Darla J. Mondou, Esq.
P.O. Box 204
Upton, MA.   01568

1st Cir.# 28662
BBO # 563103
(508) 234-8189 Phone
(707) 276-1158 Facsimile

1

## CERTIFICATE OF SERVICE

I, Darla J. Mondou, do hereby certify that on this 15th day of January, 2005 I served a copy of the above Notice of Appearance on the United States Attorney's Office, postage paid, at the addressed as follows:

Ms. Jennifer Zacks
Assistant United States Attorney
Suite 9200
United States Courthouse
One Courthouse Way
Boston, MA.   02210

*/s/ Darla J. Mondou*