# United States Court of Appeals
## For the First Circuit

No. 05-1020

MANDATE

ALEXANDER CORDERO

Petitioner - Appellant

v.

UNITED STATES

Respondent - Appellee

**JUDGMENT**

**Entered: February 15, 2006**

By notices issued on 11/25/05, 12/14/05 and 1/17/06, appellant was notified that he was in default for failure to file an opening brief. Appellant was warned that unless he filed a brief by 2/10/06, his appeal would be dismissed for lack of diligent prosecution.

Appellant having failed to file a brief, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Loc. R. 45(a) and 3(b).

By the Court:
Richard Cushing Donovan, Clerk

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 4/10/06

By: JULIE GREGG
Julie Gregg, Operations Manager

[cc: Heidi E. Brieger, AUSA, Dina Michael Chaitowitz, AUSA, Alexander Cordero]